IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:20-CR-00180 |
| | : |
| v. | : (Mannion, J.) |
| | : |
| **BRIAN PATRICK LARRY** | : ECF |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE REPORT

AND NOW comes defendant, Brian Patrick Larry, by his attorney, Brandon R. Reish, Assistant Federal Public Defender, filing this Motion for Extension of Time to File Objections to the Presentence Report, based on the following:

1. On July 28, 2020, a grand jury charged Mr. Larry with offenses in violation of Title 18 of the United States Code. He entered a plea of not guilty on July 31, 2020.

2. On May 3, 2021, a jury trial commenced, and Brian Larry was convicted of each count of the indictment.

3. A draft presentence report was disclosed to the parties on July 26, 2021. Objections to the presentence report are due on or before August 12, 2021.

4. Counsel recently had an opportunity to review the presentence report with Mr. Larry and requires additional time to submit objections to the report.

5.      For this reason, Mr. Larry requests an extension of time to file objections to the presentence report for a period of fourteen days, until August 26, 2021.

WHEREFORE, the defendant, Brian Patrick Larry, respectfully requests that this Honorable Court grant this motion and extend the time for the filing objections to the presentence report for a period of fourteen days, until August 26, 2021.

Respectfully submitted,

Date: August 16, 2021

s/ Brandon R. Reish
Brandon R. Reish
Assistant Federal Public Defender
Attorney ID No. PA91518

201 Lackawanna Avenue, Suite 317
Scranton, Pennsylvania  18503
(570) 343-6285
Fax:  (570) 343-6225
Email: brandon_reish@fd.org

Attorney for Brian Larry

# CERTIFICATE OF SERVICE

I, Brandon R. Reish, Assistant Federal Public Defender, do hereby certify that this document, filed electronically through the ECF system, will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

>Phillip J. Caraballo
>Assistant United States Attorney
>
>Mark A. Campetti
>Senior United States Probation Officer

and sent to the defendant by placing the same in the United States mail, first class, postage prepaid, at Scranton, Pennsylvania, addressed to the following:

>Brian Patrick Larry

Date: August 16, 2021         s/ Brandon R. Reish
                              Brandon R. Reish
                              Assistant Federal Public Defender