UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:CR-20-180 |
| BRIAN LARRY, | : (JUDGE MANNION) |
| Defendant | : |

### ORDER

Based on the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**: defendant Larry's Motion to Vacate, Set Aside, or Correct a Federal Sentence filed pursuant to 28 U.S.C. §2255, **(Doc. 137),** is **DISMISSED WITHOUT PREJUDICE** to his right to timely file a new §2255 motion when his appeal to the Third Circuit, and any subsequent direct appeals, are decided.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: February 7, 2022**
20-180-02-Order